**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity; DEPUTY PAUL CASAS, an individual; and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. ED CV 18-1054-DMG (GJSx)<br><br>**JUDGMENT** |

-1-

Pursuant to the Court's Order re Defendants' Motion for Summary Judgment, filed on January 16, 2020,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants County of San Bernardino and Deputy Paul Casas, and against Plaintiff Tyrone Johnson.

DATED: January 16, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE